IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LORENZO NORRIS HARRIS, #183790, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CASE NO. 1:14-CV-167-WKW ) [WO] ) |
| KENNETH JONES, *et al.*, | ) ) |
| Respondents. | ) ) ) |

## **ORDER**

On March 27, 2014, the Magistrate Judge filed a Recommendation in this case. (Doc. # 2.) Petitioner filed a timely objection on April 8, 2014. (Doc. # 3.) Based upon an independent and *de novo* review of those portions of the Recommendation to which objection is made, 28 U.S.C. § 636(b), it is ORDERED that the objection is OVERRULED, and that the Recommendation of the Magistrate Judge is ADOPTED.

Accordingly, it is ORDERED that Petitioner's petition for writ of habeas corpus is DENIED and this action is DISMISSED pursuant to 28 U.S.C. § 2244(b)(3)(A) because Petitioner failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing the court to consider his successive habeas application. An appropriate final judgment will be entered separately.

DONE this 11th day of April, 2014.

                                      /s/ W. Keith Watkins
                            CHIEF UNITED STATES DISTRICT JUDGE